# SUPREME COURT OF PENNSYLVANIA

128 A.3d 1204–1208

| | | | |
|---|---|---|---|
| BOKF, N.A. v. First Nat. Bank of Pennsylvania .......... | 12/17/2015481 MAL (2015) | Denied | Pa.Super., 122 A.3d 457 |
| Campisi v. Campisi | 12/17/2015492 MAL (2015) | Denied | Pa.Super., 122 A.3d 459 |
| Change of Name A.W.H, In re ..... | 12/17/2015184 WAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
| Citi Mortg., Inc. v. Rocco .......... | 12/22/2015601 MAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Com. v. Andrews ... | 12/22/2015581 EAL (2015) | Denied | |
| Com. v. Barnett .... | 12/22/2015540 EAL (2015) | Denied | Pa.Super., 121 A.3d 534 |
| Com. v. Bashir ..... | 12/17/2015496 MAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Beam ...... | 12/22/2015654 MAL (2015) | Denied | Pa.Super., 125 A.3d 463 |
| Com. v. Borrero-Bejerano .......... | 11/24/2015564 MAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |